UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-9057 (CLW) |
| v. | : | |
| TIMUR DAVIS | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Katherine J. Calle, Assistant United States Attorney (katherine.calle2@usdoj.gov), in substitution for Cari Fais, Assistant United States Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

/s/Katherine J. Calle

By: Katherine J. Calle
Assistant United States Attorney

Dated: August 29, 2023